# EXHIBIT "B"

P.O. Box 636005
Littleton CO 80163-6005

000146

ELSA CUELLAR
12988 61ST ST NORTH
WEST PALM BEACH FL 33412

OL 6.53  06/16/21



06/16/21

## VA/Conv Payoff Statement Amended

Mortgage Servicer: Specialized Loan Servicing LLC
6200 S. Quebec St.
Greenwood Village, CO 80111

**Requested By:**
ELSA CUELLAR
12988 61ST ST NORTH
WEST PALM BEACH     FL 33412
Fax: 000-000-0000

Loan Number: ▮▮▮▮▮▮3834
Issue Date: 06/16/21
**Payoff Good Through: 07/09/21**
Interest Rate: 8.25000
Orig. Ln Date:  01/08/07
Orig. Ln Amt:  $ 360,500.00

### LOAN INFORMATION

MORTGAGOR:         ELSA CUELLAR
COLLATERAL:        12988 61ST ST NORTH
                   WEST PALM BEACH     FL 33412
<u>NEXT PAYMENT DUE DATE</u>:  11/01/12

THIS STATEMENT REFLECTS THE TOTAL AMOUNT DUE UNDER THE TERMS OF THE NOTE/ SECURITY INSTRUMENT THROUGH THE CLOSING DATE WHICH IS 07/09/21 or the date the loan is transferred to a new servicer.   If this obligation is not paid in full by this date, then you should request an updated payoff amount before closing.

**Total Amount Due**                               **$ 770,827.40**

### WHERE TO SUBMIT PAYOFF FUNDS

**WIRING INSTRUCTIONS**
　　Beneficiary Name: Specialized Loan Servicing LLC
　　Beneficiary/Receiving Bank:  Wells Fargo Bank, N.A. San Francisco CA
　　Beneficiary Bank ABA:  121000248
　　Beneficiary Bank Account:   ▮▮▮▮▮▮▮▮8245
　　Special Information to Beneficiary:
　　Inc. ODI Text information required:  PIF 1008253834 ELSA CUELLAR

**Note:** If any of the above information is missing or incorrect, thereby not enabling us to identify the loan, the wire will be returned. All other information is required by you as the wire transfer originator.

**CASHIER'S CHECK MAIL TO**
　　Specialized Loan Servicing LLC
　　6200 S. Quebec St.
　　Greenwood Village, CO 80111

Funds received after the expiration date will accrue interest per diem in the amount of $ 81.4534. *FUNDS RECEIVED AFTER 5:00 PM EASTERN WILL BE CONSIDERED RECEIVED THE FOLLOWING DAY.*

Loan Number: ███ 3834

| Payoff Amounts: | Principal Balance | $ 360,369.73 |
|---|---|---|
| | Interest Calculated to 07/09/21 | $ 264,397.05 |
| | Escrow/Impound Advance Balance | $ 114,095.83 |
| | Late Charge Balance | $ 0.00 |
| | Prepayment Penalty Fee* | $ 0.00 |
| | Statement Fee | $ 0.00 |
| | Deferred Principal | $ 0.00 |
| | Deferred Interest | $ 0.00 |
| | Deferred Unpaid Expenses | $ 0.00 |
| | Deferred Paid Expenses | $ 0.00 |
| | Deferred Fees | $ 0.00 |
| | Deferred Late Charge | $ 0.00 |
| | Deferred Escrow | $ 0.00 |
| | Remaining PRA Amount | ($ 0.00) |
| | Optional Insurance | $ 0.00 |
| | Recording Fee | $ 0.00 |
| | Release Preparation Fee | $ 0.00 |
| | Outstanding Fees/Corp. Advances | $ 31,571.95 |
| | Unapplied Funds Credit | ($ 0.00) |
| | Anticipated Escrow Disb. PMI Premium through 07/09/21 | $ 0.00 |
| | Anticipated Escrow Disb. (Tax/Ins) through 07/09/21 | $ 392.84 |
| | Escrow Funds Available to Cover Anticipated Disb. | ($ 0.00) |
| **Total Amount Due** | | **$ 770,827.40** |

Interest Paid to Date: 10/01/12

Please be advised the payoff amount specified above is valid through the stated expiration date or the date the loan is transferred to a new servicer. If you have been notified that Specialized Loan Servicing LLC intends to transfer your loan, you must ensure Specialized Loan Servicing LLC receives your payoff prior to the date of transfer, arrangements with the new servicer. However, these are subject to final verification upon receipt of payoff funds by Specialized Loan Servicing LLC, unless prohibited by applicable state law, including but not limited to Wisconsin. We reserve the right to adjust these figures and refuse any funds that are insufficient to pay the loan in full for any reason, unless prohibited by applicable state law including but not limited to Wisconsin. Normal transactions and escrow disbursements will continue to the date of payoff, which may affect the balance due.

OL 6.53  06/16/21

Loan Number: ▮▮▮▮3834

*If your loan provides for a waiver of the prepayment penalty due to sale, you will need to provide a copy of Closing Disclosure, signed HUD1 or Settlement Statement with your payoff funds. Upon review, the prepayment penalty will be waived or refunded at that time. Proof of sale must be received no later than 10 days after your payoff funds are received to have the prepayment penalty refunded.  Specialized Loan Servicing LLC will not remove the prepayment penalty prior to receipt of payoff funds and proof of sale.

The validity of this statement is further conditioned upon:

1. PAYOFF FUNDS MUST BE IN THE FORM OF A CASHIER'S CHECK OR WIRE TRANSFER. PERSONAL/ BUSINESS CHECKS AND ACH TRANSFERS ARE NOT CONSIDERED CERTIFIED FUNDS.
2. If payment is received less than 15 days after the regular due date, this amount may be deducted from the payoff late charge in the amount of $ 0.00 has been included.
3. If the Total Payoff Amount changes during the Good Through Date, we will send an amended Payoff Quote and all previous statements will be null and void. This may be caused by an escrow disbursement or a fee.
4. If the payoff funds are insufficient, we may apply funds from the escrow account, if available, to complete the payoff.  If enough funds are not available to complete the pay off, the amount remitted for pay off will be returned with an amended payoff quote.
5. Automatic Clearing House (ACH) payments will automatically be cancelled when your loan is paid in full. You may cancel the ACH draft prior to payoff by contacting Customer Service at least 3 business days prior to your scheduled payment date to avoid a draft from occurring prior to the payoff. If you pay via online bill pay, please contact your financial institution or third-party provider to cancel the payments once your loan has been paid in full.
6. New York Properties - Please contact Specialized Loan Servicing LLC for Loan Assignments.

If you have any questions regarding this information, please contact Customer Care toll free at 1-800-315-4757, Monday through Friday, 6:00 a.m. until 6:00 p.m. MT.  We accept calls from relay services on behalf of hearing-impaired borrowers.

Sincerely,
Customer Service


**BANKRUPTCY NOTICE - IF YOU ARE A CUSTOMER IN BANKRUPTCY OR A CUSTOMER WHO HAS RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT: PLEASE BE ADVISED THAT THIS NOTICE IS TO INFORM YOU OF THE STATUS OF THE MORTGAGE SECURED BY THE SUBJECT PROPERTY. THIS NOTICE CONSTITUTES NEITHER A DEMAND FOR PAYMENT NOR A NOTICE OF PERSONAL LIABILITY TO ANY RECIPIENT HEREOF, WHO MIGHT HAVE RECEIVED A DISCHARGE OF SUCH DEBT IN ACCORDANCE WITH APPLICABLE BANKRUPTCY LAWS OR WHO MIGHT BE SUBJECT TO THE AUTOMATIC STAY OF SECTION 362 OF THE UNITED STATES BANKRUPTCY CODE. IF YOU RECEIVED A DISCHARGE OF THE DEBT IN BANKRUPTCY, WE ARE AWARE THAT YOU HAVE NO PERSONAL OBLIGATION TO REPAY THE DEBT.  WE RETAIN THE RIGHT TO ENFORCE THE LIEN AGAINST THE COLLATERAL PROPERTY, WHICH HAS NOT BEEN DISCHARGED IN YOUR BANKRUPTCY, IF ALLOWED BY LAW AND/OR CONTRACT.  IF YOU HAVE QUESTIONS, PLEASE CONTACT US AT 1-800-306-6057.**

**ESCROW INFORMATION**

- Escrow items will be paid up until the time the account is paid in full, so this amount may change. You or your agent (if applicable) will need to request a refund of any duplicate tax or insurance payments made by you, your attorney, title or escrow company.

- Once the account is paid in full, it immediately becomes the homeowner's responsibility to obtain and pay property taxes and insurance.

- If the payoff funds are insufficient, we may apply funds from the escrow account, if available, to complete the payoff.

- Any remaining escrow funds will be mailed 20 business days after payoff to the borrower at the address provided by the remitter of the payoff funds.

- If your mailing address has or will be changed, please complete the information below and send it with your payoff or log on to www.SLS.net to make the update. This will ensure that your escrow funds will be mailed to your correct address.  FAILURE TO UPDATE YOUR MAILING ADDRESS MAY RESULT IN MIS-DIRECTED MAIL AND DELAY IN RECEIVING YOUR ESCROW REFUND CHECK.

**UPDATE YOUR CONTACT INFORMATION**

Account Number: ▇▇▇▇3834
Mortgagor: ELSA CUELLAR

New Address: _____

_____

_____

New Phone Number: _____

Cell Phone Number: _____

You may update your contact information by:
- Logging on to www.SLS.net prior to payoffs
- Calling us 1-800-315-4757
- Mailing this completed form back to:
  6200 S. Quebec St.
  Greenwood Village, CO 80111