# EXHIBIT "C"

**Please mail all responses to the following address and reference the certified mail number:**
**Elsa Cuellar**
2021 Tyler St, Suite 101
Hollywood, Fl 33020

August 30, 2021

**Specialized Loan Servicing, LLC**
P.O. Box 630147
Littleton, CO 80163-0147
ATTN: QWR/Notice of Errors          Certified Mail # 7020 0640 0001 5116 2294

**Property Owner:**     Elsa Cuellar
**Property Address:**   12988 61st Street North
                        West Palm Beach, Florida 33412

**Loan Number:**        ▮▮▮▮3 834

RE:     **NOTICE OF ERROR**

To Whom It May Concern:

Please treat this as a "notice of error" pursuant to the Real Estate Settlement Procedures Act (RESPA), subject to the response time set out in the RESPA 12 U.S.C. § 2605(e) and Regulation X, 12 C.F.R.§ 1024.35(e)(3)(i). Specifically, this is to request that you correct the error described below regarding the mortgage on my home located at the address above.

*Inaccurate and*
*Insufficient Payoff Statement*

Specialized Loan Servicing LLC, ("SLS") has failed to provide me with an accurate and/or sufficient payoff balance amount upon my written request in violation of sections 12 C.F.R. § 1024.35(b)(6) and 12 C.F.R. § 1026.36(c)(3). Additionally, SLS appears to be violating the Fair Debt Collection Practices Act (FDCPA) by charging me a non-itemized "Outstanding Fees/Corp. Advances" fee as part of the balance to pay off the mortgage loan.

On around June 16, 2021, SLS sent me a letter (hereinafter, the "Letter") which inaccurately and insufficiently responded to my written request for a payoff statement, which was received by SLS. A copy of SLS' June 16, 2021 letter is attach to this NOE. My written request for a payoff statement was made pursuant to 12 C.F.R. § 1026.36(c)(3) and 12 C.F.R. § 1024.36(c)(3).

1

SLS' June 16, 2021 letter is very misleading because it does not allow me to discern the character of the debt. In fact, the Letter appears to be an unfair attempt to collect unauthorized fees. Specifically, it appears that SLS, through the Letter, maybe falsely representing the true character of the $31,571.95 charges listed under "Outstanding Fees/Corp. Advances", and as a result, impairs my ability to determine the validity of the amounts allegedly owed. As such, the Letter is misleading under 15 U.S.C. § 1692e and is believed to be an unfair attempt to collect unauthorized fees under 15 U.S.C. § 1692f(1). Moreover, the $31,571.95 amount could also include other ambiguous amounts such as "estimates fees" - fees that I may not have actually incurred as of June 16, 2021.

Indeed, it is not clear whether the $31,571.95 figure under the Outstanding Fees/Corp. Advances line item, includes attorney's fees, late charges, or other fees associated with the alleged debt. Any attempts to collect illegitimate amounts constitutes a violation of the FDCPA and FCCPA. Additionally, I am currently in a contract to the sale the subject property. As such, SLS' failure to timely disclose and/or itemize the so-called "Outstanding Fees/Corp. Advances" amount is preventing me from selling the property, and possibly extinguishing the alleged debt – and to do, before the property is lost in a foreclosure sale.

To begin correcting the above stated error, I am requesting that SLS immediately provide me with a payoff statement that properly itemizes and/or breaks down the Outstanding Fees/Corp. Advances fee(s).

Thank you for taking the time to respond to, investigate, and correct the above stated error(s). Please investigate this notice of error prior to conducting or scheduling a foreclosure sale of the subject property.

Please cancel the sale currently scheduled for the month of September 28, 2021.

Sincerely,

*[signature]*

Borrower/Borrower's Representative

**Please mail all responses to the following address and reference the certified mail number:**

**Elsa Cuellar**
12988 61st Street North
West Palm Beach, Florida 33412

2

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 70200640000151162294

Remove X

Your item was picked up at a postal facility at 7:47 am on September 2, 2021 in LITTLETON, CO 80163.

## ✓ Delivered, Individual Picked Up at Postal Facility

September 2, 2021 at 7:47 am
LITTLETON, CO 80163

Feedback

Get Updates ∨

---

Text & Email Updates ∨

---

Tracking History ∨

---

Product Information ∨

---

See Less ∧

## Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.